UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DAVID A. SILVIA

    v.                                                                                                        CA 15-349 ML

UNITED STATES OF AMERICA

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Objection to the Report and Recommendation issued by Magistrate Judge Almond on February 11, 2016 (Docket #12).  This Court, having considered Plaintiff's objection, concurs with the Magistrate Judge's finding that Plaintiff's claim is barred by the statute of limitations.  Accordingly, the Court adopts the Report and Recommendation and GRANTS the Motion to Dismiss.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
Senior United States District Judge
March 1, 2016